UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

DAVID D. CORBETT, JR.,
                        Plaintiff,

        - against -                                ORDER
                                                        10 CV ~~2895~~ (JBW)(LB)
                                                        3908

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY;
JANET NAPOLITANO, *Secretary*;
MICHAEL CHERTOFF, *Former Secretary*;
THE UNITED STATES CUSTOMS
AND BORDER PROTECTION PERSONNEL
SECURITY DIVISION;
JANET WOOD, *Director PSD*;
PSD BRANCH CHIEF AND TEAM LEAD;
KIMBERLY LEW;
JANE and/or JOHN DOE, *Deciding Official(s)
– United States Customs and Border
Protection/The Office of Human Labor Resources,
Labor and Employee Relations*;
UNITED STATES CUSTOM AND
BORDER PROTECTION;
SUSAN T. MITCHELL, *Former Director of
Field Operations and the Deciding Official*;
CAMILLE POLIMENI;
BARBARA POSEN;
AGENCY LEGAL REPRESENTATIVE
FRANK C. SHARP;
KIMBERLY MORGAN;
U.S. AIR MARSHALL SERVICE;
FELIX JIMENEZ, *SAC/NYFO*;
MICHAEL BALL, *Deputy SAC*;
IRA SHINSKE, *A/SAC*;
GERALDO SPERO;
RITA CARRINGTON;
JEROLYN THOMPSON, *HRA FAM Service and others*;
ADMINISTRATIVE JUDGE MACAULEY,
*U.S. EEOC NY District*;
JANE OR JOHN DOE, *and all involved participants
in plaintiff's background investigation*;
KROLL GOVERNMENT SERVICES, INC.,

                                Defendants.
-------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

Plaintiff's application to proceed *in forma pauperis* under 28 U.S.C. §1915 is hereby granted. The United States Marshals Service is directed to serve the summons and complaint upon the defendants without prepayment of fees.

Consent to trial and decision on this case by a United States Magistrate Judge

The parties shall advise the Court by signing the enclosed form whether they jointly consent to trial and decision on this case by me, a United States Magistrate Judge, pursuant to 28 U.S.C. §636(c). Consent of the parties means that I may conduct all proceedings including trial of this matter and the entry of judgment in this case. The parties are free to withhold consent without adverse consequences.

If the parties consent, my decision will be entered as the decision of the Court and an aggrieved party may appeal directly to the United States Court of Appeals to the same extent and subject to the same conditions as if the decision had been rendered by a District Judge. If the parties do not consent to decision by a Magistrate Judge and a dispositive motion is referred, my decision shall be reported as a recommendation to the assigned District Judge.

Any party who disagrees with a Magistrate Judge's report and recommendation must file written objections within fourteen days to preserve their right to appeal. Upon receipt of written objections from a party within fourteen days, the assigned District Judge shall review the proposed recommendations to which the objection is made. The District Judge may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. If a Magistrate Judge's report and recommendation is accepted by the assigned District Judge, the decision shall be entered and an appeal shall lie to the United States Court of Appeals.

This information regarding the availability of a Magistrate Judge to hear the entire case on consent of the parties is not meant to, in any way, interfere with the parties' absolute right to decision by a United States District Judge. This is an option available to the parties which may expedite adjudication of this case and preserve scarce judicial resources.

SO ORDERED.

/S/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: August 30, 2010
Brooklyn, New York